IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ANTWAN JOVAN JACKSON,

    *Plaintiff*,

v.                                    Case No.: 5:25cv353-MW/HTC

NWFRC,

    *Defendant.*
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. No objections have been filed. However, Plaintiff filed a notice of change of address, ECF No. 13, which was submitted for mailing eleven days after the report and recommendation was originally mailed. The report and recommendation has not been returned as undeliverable. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 12, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED without prejudice** under 28 U.S.C. § 1915A(b)(1) for failure to state

a claim." The Clerk shall close the file.

    **SO ORDERED on March 6, 2026.**

                                          <u>**s/Mark E. Walker**</u>
                                          **United States District Judge**